


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------- x

THE RODGERS & HAMMERSTEIN
ORGANIZATION; MTI ENTERPRISES, INC.
d/b/a MUSIC THEATRE INTERNATIONAL;
MUSIC THEATRE INTERNATIONAL, LLC,
d/b/a MUSIC THEATRE INTERNATIONAL;
and THE REALLY USEFUL GROUP LTD.,

    Plaintiff,

- against -

DWIGHT H. BRUBAKER, JAMES D.
MARTIN, and FREDERICK W. STEUDLER,
JR., trading as ENTERTAINMENT THEATRE
GROUP, a Pennsylvania General Partnership,
d/b/a/ AMERICAN MUSIC THEATRE,

    Defendants.

---------------------------------------------------------- x

Civil Action No. 5:13-cv-5660

FILED
MAR 20 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs The Rodgers & Hammerstein Organization ("R&H"); MTI Enterprises, Inc. d/b/a Music Theatre International, Music Theatre International, LLC, d/b/a Music Theatre International (collectively, "MTI") and the Really Useful Group Ltd. ("RUG"), defendants Dwight H. Brubaker, James D. Martin, Frederick W. Steudler, Jr., trading as Entertainment Theatre Group d/b/a American Music Theater, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above entitled action be, and hereby is, dismissed with prejudice in its entirety, without costs to any Party.

Dated, March 13, 2014
New York, NY

Carolyn K. Foley
 Admitted *Pro Hac Vice*
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, NY 10019
Telephone: 212-489-8230
Facsimile: 212-489-8340
*Attorneys for Plaintiffs*

Dated, March 13, 2014
Philadelphia, PA

Melanie A. Miller
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2714
Facsimile: (215) 701-2414
*Attorneys for Defendants*

3-21-14 e-mailed

SO ORDERED:

Dated: 3-19-14
Reading, PA

_____
Honorable Hon. Jeffrey L. Schmehl,
United States District Judge